UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOANDRIS L. ROSALES
FUENTES,

        Petitioner,

        v.

Case No. 2:26-cv-1861-KCD-KRH

IMMIGRATION CUSTOM
ENFORCEMENT (ICE),

        Respondents.

                                /

## **ORDER**

Petitioner Yoandris L. Rosales Fuentes is a Cuban citizen currently detained by U.S. Immigration and Customs Enforcement. He now seeks a writ of habeas corpus under 28 U.S.C. § 2241, asking this Court to fix problems with his green card. (Doc. 1 at 8.) This claim is not cognizable under § 2241. A writ of habeas corpus is the remedy for someone seeking release from unlawful confinement. It challenges the fact or duration of detention, none of which Fuentes raises here.[1] *See, e.g.*, *Hutcherson v. Riley*, 468 F.3d 750, 754 (11th Cir. 2006). The Clerk is **DIRECTED** to terminate any pending motions and deadlines and close the case.

---

[1] To be sure, Fuentes already raised habeas claims in this Court, and they were denied. *See* case no. 2:26-cv-1558-KCD-KRH.

**ORDERED** in Fort Myers, Florida on June 5, 2026.

Kyle C. Dudek
United States District Judge

2